# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF TEXAS

# SAN ANTONIO DIVISION

| | |
|---|---|
| EP LOYA GROUP, LP, FRED LOYA INSURANCE COMPANY, and LOYA CASUALTY INSURANCE COMPANY<br><br>Plaintiffs/Counter-Defendant,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYDS, LONDON,<br><br>Defendants/Counter-Claimant. | Case No. 5:21-cv-00611-JKP-RBF |

## JOINT STIPULATION TO DISMISS ENTIRE ACTION

## WITH PREJUDICE

SMRH:4877-1333-3171.1

## JOINT STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counter-Defendant Loya Casualty Insurance Company and Defendant/Counter-Claimant Certain Underwriters at Lloyd's, London hereby jointly stipulate and move to dismiss the above-captioned action as follows:

1. Plaintiff/Counter-Defendant Loya Casualty Insurance Company hereby dismisses its Second Amended Complaint in its entirety, with prejudice;

2. Defendant/Counter-Claimant Certain Underwriters at Lloyd's, London hereby dismisses its First Amended Counterclaim in its entirety, with prejudice; and

3. The parties will bear their own costs and attorneys' fees in connection with this dismissal.

Dated: April 2, 2024

Respectfully Submitted,

*/s/ Jared K. LeBeau*
Ronald D. Getchey
Admitted *Pro Hac Vice*
Charles A. Danaher
Admitted *Pro Hac Vice*
Jared K. LeBeau
Admitted *Pro Hac Vice*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 W. Broadway, 18th Floor
San Diego, California 92101
Tel. (619) 338-6500; Fax (619) 234-3815
rgetchey@sheppardmullin.com
cdanaher@sheppardmullin.com
jlebeau@sheppardmullin.com

*Attorneys for Plaintiffs / Counter-Defendant*

Dated: April 2, 2024

Respectfully Submitted,

/s/ William J. Brennan
Daisy Khambatta
Texas State Bar No. 24029654
KENNEDYS CMK LLP
Daisy.Khambatta@kennedyslaw.com
3821 Juniper Trace, Suite 101
Austin, Texas 78738
Telephone: (512) 359-8833
Facsimile: (512) 359-8830

William J. Brennan
*Admitted Pro Hac Vice*
New York Bar No. 4531596
William.Brennan@kennedyslaw.com
KENNEDYS CMK LLP
570 Lexington Avenue, 8th Floor
New York, NY 10022
Telephone: (646) 625-4036
Facsimile: (212) 832-4920

Erik M. Kowalewsky
Admitted *Pro Hac Vice*
California State Bar No. 205985
Erik.Kowalewsky@kennedyslaw.com
Gordon Smith
Admitted *Pro Hac Vice*
California State Bar No. 325451
Gordon.Smith@kennedyslaw.com
KENNEDYS CMK LLP
455 Market Street, Suite 1900
San Francisco, California 94105
Telephone: (415) 323-4460
Facsimile: (415) 323-4445

*Attorneys for Defendants/Counter-Plaintiffs
Certain Underwriters at Lloyds, London*

-3-

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served this the 2nd day of April, 2024, on each attorney of record and the original upon the clerk of the Court.

                                                */s/ Jared K. LeBeau*
                                                 Jared K. LeBeau