UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**LOYA CASUALTY INSURANCE COMPANY,**

*Plaintiff*

v

**CERTAIN UNDERWRITERS AT LLOYDS, LONDON,**

*Defendant*

Case No.  SA-21-CV-00611-JKP

# O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal stating they wish to dismiss this cause with prejudice. *ECF No. 85*. In accordance with Federal Rule of Civil Procedure 41(a) and the terms of the Proposed Order, it is ORDERED all causes of action, affirmative defenses, and counterclaims asserted by any party and any potential cause of action related to this matter are DISMISSED with prejudice.

IT IS FURTHER ORDERED any pending motions are DENIED as moot. Trial, set for September 3, 2024, is cancelled.

IT IS FURTHER ORDERED all costs and attorneys' fees shall be paid by the party incurring them.

The Clerk of Court is DIRECTED to close the case.

It is so Ordered.
SIGNED this 3rd day of April, 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE